IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG H. SEARLES<br><br>*Plaintiff,*<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC<br><br>*Defendant.* | Civil Action No. 2:21-CV-01357<br><br>Judge: J. Nicholas Ranjan<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

Now come the parties, Plaintiff Greg H. Searles and Defendant ABM Industry Groups, LLC, by and through counsel, and hereby stipulate to the dismissal of this action, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

| | |
|---|---|
| */s/Erik M. Yurkovich*<br>Erik M. Yurkovich (PA ID. 83432)<br>207 Pine Creek Road<br>Building 1, Suite 201<br>Wexford, PA 15090<br>Telephone: (724) 933-9199<br>Erik.yurkovich@gmail.com<br><br>*Counsel for Plaintiff Greg H. Searles* | /s/*Todd A. Harpst*<br>Todd A. Harpst (PA ID. 79821)<br>Harpst Becker LLC<br>1559 Corporate Woods Parkway, Ste. 250<br>Uniontown, OH 44685<br>Telephone: (330) 983-9971<br>Facsimile: (330) 983-9981<br>tharpst@harpstbecker.com<br><br>*Counsel for Defendant ABM Industry Groups, LLC* |